**FILED**

07/10/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0256

IN THE SUPREME COURT OF THE STATE OF MONTANA

Supreme Court Cause No. DA 23-0256

| | |
|---|---|
| WILLIAM JAMES RUPNOW, JR., <br><br> Plaintiff/Appellant, <br><br> vs. <br><br> MONTANA STATE AUDITOR AND COMMISSIONER OF INSURANCE; MIKE WINSOR; JENNIFER HUDSON; and XYZ government subdivision, <br><br> Defendants/Appellees. | **ORDER** |

Upon consideration of Appellant's motion for extension of time pursuant to Rule 26(1), Mont. R. Civ. P., and good cause appearing,

IT IS HEREBY ORDERED that Appellant is granted an extension of time to and including August 14, 2023, within which to prepare, file, and serve Appelant's opening brief on appeal.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
July 10 2023